# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHARLES FOSTER**                                                        **PLAINTIFF**

**v.**                          **Case No. 4:24-cv-00021-LPR**

**UNITED SERVICES AUTOMOBILE
ASSOCIATION (USAA) and
ALLCAT CLAIMS**                                  **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 10th day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE